UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
AMPED & COLLECTION INC.,

                Plaintiff,

      -against-                                     18-cv-6094 (LAK)

RICHARD HINTON, et al.,

                Defendants.
------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The objections to the report and recommendation of Magistrate Judge Henry B. Pitman are overruled. Plaintiff's motion for a preliminary injunction [DI 10] is granted. Pending the hearing and final determination of this action, defendants be and they hereby are enjoined and restrained from using the mark LIGHT UP YOUR LIFE, or any colorable imitation thereof, in connection with backlit LED signs and accompanying translucent interchangeable letters, symbols and characters, and neon desk and wall lights, backlit LED signs, neon desk and wall lights, and similar novelty lighting products. The continued effectiveness of this order shall be conditioned upon plaintiff posting, on or before October 30, 2018, of a $50,000 bond with good and sufficient surety with the Clerk of the Court.

        SO ORDERED.

Dated:      October 24, 2018

                                              Lewis A. Kaplan
                                        United States District Judge